# United States District Court
## EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 6 2005

JAMES R. LARSEN, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES OF AMERICA

v.

**GERMAN LOPEZ-ARREGUIN**

(Name & Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ-05-4223-1

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 1, 2005__ in __Yakima__ county, in the Eastern District of Washington defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce from Washington State, in the Eastern District of Washington, with intent to avoid prosecution under the laws of the State of Washington for the crime of Premeditated First Degree Murder, said crime being a felony under the laws of the State of Washington

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
Official Title

See Attachment A, attached hereto and incorporated herein by this reference

Continued on the attached sheet incorporated herein by this reference   Yes ☐   No ☐

Signature of Complainant

Sworn to before me, and subscribed in my presence

__12/6/05__                    at      Yakima, Washington
Date                                    City and State

MICHAEL W. LEAVITT
United States Magistrate Judge
Name and Title of Judicial Officer   Reviewed as to form:   Signature of Judicial Officer

Lopez-Arreguin 18 USC 1073 Complaint.frm

## PROSECUTION REPORT

On December 01, 2005, German LOPEZ-ARREGUIN shot and killed Demicio Abundiz, while conducting an illegal narcotics transaction. The homicide took place in Yakima County Washington. On December 02, 2005, a warrant was issued for the fugitive's arrest, from the Yakima County Prosecuting Attorney's Office. The warrant charges LOPEZ-ARREGUIN with Premeditated First Degree Murder in the course of Robbery in the First Degree or Robbery in the Second Degree all in violation of 9A.32.030 of the Revised Code of Washington State.

Immediately after the homicide took place Detectives of the Yakima County Sheriff's Office interviewed the witness to the event as well as relatives of the victim and the suspects family. Based on the information gathered by the Detectives it is believed that the fugitive is attempting to flee to Mexico. On numerous occasions the fugitive has traveled there as well as he has relatives living in that country.

A search of records shows that the subject has previously resided in the State of Texas and has only lived in Washington State for a short period of time. A search of Bureau of Customs and Immigration records also shows that this subject is not a lawful resident.

Based on the foregoing information it is requested that GERMAN LOPEZ-ARREGUIN be charged with 18 United States Code Section 1073, Unlawful Flight to Avoid Prosecution for knowingly fleeing from the Yakima County area after committing the above offense.